**F I L E D**
CLERK, U.S. DISTRICT COURT

2/11/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ VAM _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

November 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS ALEXANDRO SANCHEZ-FELIX, aka "El Ruso," and CIPRIANO ALFONSO PERALTA-CAZARES, aka "P-1," aka "Panchito,"<br><br>Defendants. | CR 2:22-cr-00040-FLA<br><br>I N D I C T M E N T<br><br>[21 U.S.C. § 963: Conspiracy to Import Controlled Substances; 21 U.S.C. § 846: Conspiracy to Distribute Controlled Substances; 18 U.S.C. § 1956(h): Conspiracy to Engage in Money Laundering] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 963]

[ALL DEFENDANTS]

Beginning on a date unknown and continuing until on or about April 1, 2021, in Los Angeles, Riverside, and San Bernardino Counties, within the Central District of California, the Country of Mexico, and elsewhere, defendants JESUS ALEXANDRO SANCHEZ-FELIX, also known as ("aka") "El Ruso," and CIPRIANO ALFONSO PERALTA-CAZARES, aka "P-1," aka "Panchito," together with others known and unknown to the

Grand Jury, conspired with each other to commit the following offenses:

1.    Importation of at least five kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 952, 960(a)(1), (b)(1)(B)(ii); and

2.    Importation of at least 50 grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 952, 960(a)(1), (b)(1)(H).

COUNT TWO

[21 U.S.C. § 846]

[ALL DEFENDANTS]

Beginning on a date unknown and continuing until on or about April 1, 2021, in Los Angeles, Riverside, and San Bernardino Counties, within the Central District of California, the Country of Mexico, and elsewhere, defendants JESUS ALEXANDRO SANCHEZ-FELIX, also known as ("aka") "El Ruso," and CIPRIANO ALFONSO PERALTA-CAZARES, aka "P-1," aka "Panchito," together with others known and unknown to the Grand Jury, conspired with each other to commit the following offenses:

1.    Distribution of at least five kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii); and

2.    Distribution of at least 50 grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii).

3

COUNT THREE

[18 U.S.C. § 1956(h)]

[ALL DEFENDANTS]

Beginning on a date unknown to the Grand Jury, and continuing until on or about April 1, 2021, in Los Angeles, Riverside, and San Bernardino Counties, within the Central District of California, the Country of Mexico, and elsewhere, defendants JESUS ALEXANDRO SANCHEZ-FELIX, also known as ("aka") "El Ruso," and CIPRIANO ALFONSO PERALTA-CAZARES, aka "P-1," aka "Panchito," together with others known and unknown to the Grand Jury, conspired with each other to transport, transmit, and transfer funds from a place in the United States to a place outside of the United States, with the intent to promote the carrying on of specified unlawful activity, namely, conspiracy to distribute controlled substances, in violation of Title 21, United States Code, Section 846, and conspiracy to import controlled substances, in violation of Title 21, United States Code, Section

///

///

4

963, all in violation of Title 18, United States Code, Section 1956(a)(2)(A).

                                        A TRUE BILL


                                        _____/S/_____
                                        Foreperson

TRACY L. WILKISON
United States Attorney



SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

SHAWN J. NELSON
Assistant United States Attorney
Chief, International Narcotics,
 Money Laundering, & Racketeering
 Section

5